UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*In re* Ex Parte Application of
OKSUT MADENCİLİK SAN.TİC. A.S.

                 Applicant,

For an Order Pursuant to 28 U.S.C. § 1782
Granting Leave to Obtain Discovery from
LinkedIn Corp. and Google LLC for Use in
Foreign Proceedings.

Case No: 3:21-mc-80180-AGT

**APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

**DENIED**
Judge Alex G. Tse
Date: 10/13/21

    I, David M. Hirschberg, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing OKSUT MADENCİLİK SAN.TİC. A.S. in the above-entitled action. My local co-counsel in this case is Phillip F. Shinn, is an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 99 Park Avenue, Suite 1100<br>New York, New York 10016 | 220 Montgomery Street, Suite 1411<br>San Francisco, California 94104 |
| MY TELEPHONE # OF RECORD:<br>(212) 922-9499 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 619-3324 |
| MY EMAIL ADDRESS OF RECORD:<br>dmh@demarcolaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>phil.shinn@limnexus.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4671020.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct.*

Dated: August 5, 2021

                                          APPLICANT

### ORDER GRANTING APPLICATION
### FOR ADMISSION OF ATTORNEY PRO HAC VICE

    IT IS HEREBY ORDERED THAT the application of David M. Hirschberg is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

                                UNITED STATES DISTRICT/MAGISTRATE JUDGE